UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA INTROMASSO,

    Plaintiff,

v.                                               Case No: 6:13-cv-1451-Orl-18TBS

CMRE FINANCIAL SERVICES, INC.,

    Defendant.

---

## ORDER

On May 27, 2014 the parties filed a joint stipulation for dismissal with prejudice (Doc. No. 27). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Each party to bear their own attorney's fees and costs. Clerk of the Court is directed to CLOSE the case.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of May, 2014.

                                                    G. KENDALL SHARP
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record